PROB 12B
(7/93)

Report Date: July 10, 2006

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald A. Allison, Jr.      Case Number: 2:00CR00198-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/09/2001      Type of Supervision: Supervised Release

Original Offense: Possession With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine, 21 U.S.C. § 841(a)(1) and 846

Date Supervision Commenced: 02/13/2004

Original Sentence: Prison - 30 Months;
TSR - 48 Months

Date Supervision Expires: 02/12/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On June 16, 2006, Donald Allison was arrested by the Washington State Patrol for the offense of driving under the influence of intoxicants, resisting arrest, and obstructing a law enforcement officer. Charges are currently pending in Stevens County District Court. The undersigned officer was notified of this arrest on June 23, 2006, via written notice. Following the notification on the same date, Mr. Allison was personally contacted by this officer at his residence/employment location and confronted regarding his arrest. Mr. Allison minimized the arrest, and indicated his blood alcohol content level was well below the legal limit. However, after reviewing the police report in this matter, it is apparent, his blood alcohol content level was above the legal limit, and his lack of compliance with the arresting officer are of serious concern. Subsequently, the imposition of the above conditions appear warranted, and

Prob 12B
**Re: Allison, Donald A-Jr**
**July 7, 2006**
**Page 2**

Mr. Allison has agreed. However, should Mr. Allison's level of non-compliance continue, as illustrated by his actions on June 16, 2006, the undersigned officer will request that official action be taken by the Court.

Respectfully submitted,

by _____
Richard B. Law
U.S. Probation Officer
Date: July 10, 2006

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

July 10 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19      You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
              Richard B. Law                           Donald A-Jr Allison
        U.S. Probation Officer                 Probationer or Supervised Releasee

                                                    July 10, 2006
                                                     Date