PROB 12B
(7/93)

Report Date: November 26, 2007

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 27 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald Eugene Allison          Case Number: 2:00CR00198-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/09/2001             Type of Supervision: Supervised Release

Original Offense: Possession With Intent to        Date Supervision Commenced: 02/13/2004
Distribute 500 Grams or More of a Mixture or
Substance Containing Cocaine, 21 U.S.C. § 841(a)(1)
and 846

Original Sentence: Prison - 30 Months;             Date Supervision Expires: 02/12/2008
TSR - 48 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17.  You shall complete 8 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 01/12/2008.

### CAUSE

Donald Allison failed to report for urinalysis testing on November 18, 2007. This is the fourth test he has failed to report for in the last 6 months. Subsequently, he has agreed to the above-noted modification as a sanction for his noncompliance. He has further been informed that if he chooses to continue with not complying with the conditions of supervision, the undersigned officer will continue to request official action from the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/26/07

Richard B. Law
U.S. Probation Officer

Prob 12B

**Re: Allison, Donald Eugene**
**November 26, 2007**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_Nov 26 2007_
Date